```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12166
    DELORES CHENAULT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-2631


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/09/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 07/23/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------

EMC MORTGAGE              CURRENT MORTG         .00            .00              .00
EMC MORTGAGE              MORTGAGE ARRE     8000.00            .00              .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00              .00
CAPITAL ONE               UNSECURED       NOT FILED            .00              .00
DELL FINANCIAL SERVICES   NOTICE ONLY     NOT FILED            .00              .00
DISCOVER FINANCIAL SERVI  UNSECURED        1897.68             .00              .00
FIA CSNA                  UNSECURED       NOT FILED            .00              .00
HSBC BANK NV FKA HHL      UNSECURED       NOT FILED            .00              .00
USAA FEDERAL SAVINGS BAN  UNSECURED        4063.17             .00              .00
BLAIR CATALOG             UNSECURED       NOT FILED            .00              .00
EMC MORTGAGE CORPORATION  NOTICE ONLY     NOT FILED            .00              .00
PHILIP A IGOE             DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                        .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12166 DELORES CHENAULT
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/16/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 12166 DELORES CHENAULT